IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 07-cr-00397-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     SERGIO GUTIERREZ MERAZ,
    a/k/a Sergio Meraz Gutierrez,
    a/k/a Sergio Gutierrez,
    a/k/a Sergio Gutierrez-Meraz,
    a/k/a Sergio Meraz,

    Defendant.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#14)** on December 20, 2007, by Defendant. The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1.     Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2.     A Change of Plea hearing is set for **March 3, 2008,** at **8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3.     The motions hearing set for January 2, 2008, the final trial preparation conference

set for January 11, 2008, and the January 14, 2008, trial date are **VACATED**.

DATED this 26th day of December, 2007.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge